IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

PETER PRAHASKY,

     Petitioner,

v.                                                                          Case No.  5D17-1579

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed June 23, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

David W. Collins, of Collins Law Firm,
Monticello, for Petitioner.

No appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 25, 2016 order denying Petitioner's motion for post-conviction relief, filed in Case No. 11-CF-182, in the Circuit Court in and for Hernando County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., EDWARDS and EISNAUGLE, JJ., concur.